**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: HOTEL TVPRA LITIGATION[1] | Case Nos. 2:22-cv-2682; 2:22-cv-2690; 2:22-cv-2734; 2:22-cv-3080; 2:22-cv-3256; 2:22-cv-3258; 2:22-cv-3340; 2:22-cv-3416; 2:22-cv-3766; 2:22-cv-3767; 2:22-cv-3768; 2:22-cv-3769; 2:22-cv-3770; 2:22-cv-3771; 2:22-cv-3772; 2:22-cv-3773; 2:22-cv-3774; 2:22-cv-3776; 2:22-cv-3778; 2:22-cv-3782; 2:22-cv-3784; 2:22-cv-3786; 2:22-cv-3787; 2:22-cv-3788; 2:22-cv-3797; 2:22-cv-3798; 2:22-cv-3799; 2:22-cv-3811; 2:22-cv-3837; 2:22-cv-3839; 2:22-cv-3842; 2:22-cv-3844; 2:22-cv-3845; 2:22-cv-3846 <br><br> Chief Judge Algenon L. Marbley <br> Magistrate Judge Elizabeth A. Preston Deavers |

## ORDER

This matter is before the Court for consideration of various motions for extensions of time in each of the above-identified Related Cases.  For good cause shown and in consultation with the presiding Chief District Judge, the motions are **GRANTED IN PART**.  The above-identified cases shall remain **STAYED**, and the parties' responses to the Court's January 20, 2023 Show Cause Orders are hereby **HELD IN ABEYANCE** pending the Court's resolution of Defendants' Motion to Transfer Venue in *L.G. v. Red Roof Inns, Inc., et al.*, Case No. 2:22-cv-1924.  The Court will set a new deadline for the parties' responses to the Court's January 20, 2023 Show Cause Orders by separate Order.

---

[1] For the convenience of the parties and for administrative purposes, the Court will collectively refer to Case No. 2:19-cv-755 and all Related Cases as "*In re: Hotel TVPRA Litigation*."  The Clerk is **DIRECTED** to file this Order in **ONLY** those cases identified in the caption.

**IT IS SO ORDERED.**

Date: January 27, 2023                                  /s/ *Elizabeth A. Preston Deavers*
                                                       ELIZABETH A. PRESTON DEAVERS
                                                       UNITED STATES MAGISTRATE JUDGE